UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga

Outback Steak House
& Blooming Brands

_____

(Enter above the NAME of the
plaintiff in this action.)

v.

Ervin Moore

_____

_____

(Enter above the NAME of each
defendant in this action.)

)
)
)
)
)
)
)
)
)
)
)
)

1:16-cv-500
Judge Greer
Judge Lee

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   EASTERN District

3. DOCKET NUMBER: 846-2016-11477

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending? ) _____

6. Approximate date of filing lawsuit: 12-21-16

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

   A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (✓)

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

   C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

   F. If your answer is YES,

      1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Ervin Moore

Present address: 3̶0̶ ̶[crossed out]̶ Everglades Blvd

Permanent home address: 33 Everglades Blvd

Address of nearest relative: 33 Everglades Blvd Rossville, GA 30741

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Ervin Moore

Official position: Diswasher/Prep

Place of employment: Outback Steak House Hixson, TN

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I was treated rude by Jason Dimmlich several of times because of my color, and I have a lot of tattos and he judged me

3

by my tattoo's and he know I served nine years in Federal prison. I never got to take a 30 min because he didn't like me, and Tennesse laws state if you work hours or more you got to take a 30 min break and I never clocked out. I told Wynne about the things Dimmlich said to me, he would say dont listen to him, Dimmlich started cutting my hours because he said he was getting a new dishwasher. Wynne is the kicthen mananger. Dimmlich knew I never told him to cut my hours down because of a second job, I always asked for more hours. If I told him to cut my hours down I would have put that in writing and they need to show me if I requested it. I tryed to get some employeys to speak up for but they did'nt want to get involved because they could lose their jobs job. Discrimination is a huge factor in my case, I told a mananger and staff about the rude things he would say. I was trained for prep but Dimmlich told the manangers not to let me get the position, I was trying to get more hours but he went behind my back and said no. It was four white prep's and one black guy. Dimmlich had something against me. I never was a no call no show, any job would fire you if you no call no show one time. They said I did it several times thats not true at all.

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments. Cite NO cases or statutes.)

Well I would like the Court to state the facts about me not getting a 30 min clock out break after I stood up on my feet more than six hours, and I want the court to see that Dimmlich and Wynne is not a truetul person. If I requested to shorting my hour's present it to the court in writing, He retaliated against me but shorting my hours and Not giving me a break.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __DEC__ day of __19__, 20__16__.

_Erwin Moore_
Signature of plaintiff(s)

5