UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ERVIN MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-CV-500 |
| v. | ) | |
| | ) | |
| OUTBACK STEAK HOUSE and | ) | |
| BLOOMING BRANDS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the Motion to Dismiss Following Settlement filed by Defendant, Bloomin' Brands, Inc. ("Defendant"). Because the Plaintiff has failed to file the Joint Stipulation of Dismissal with this Court, Defendant requests that the Court enter an Order dismissing the action with prejudice.

Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss Following Settlement and **ORDERS** that this action be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**ENTER:**

                                                                                                         s/J. RONNIE GREER
                                                                                                         UNITED STATES DISTRICT JUDGE